

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-22-00400-CV

———————————————

IN RE NOBLE CLASSIC HOMES, INC., Relator

---

Original Proceeding
158th District Court of Denton County, Texas
Trial Court No. 22-3718-158

---

Before Bassel, Kerr, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and motion for emergency stay and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and motion for emergency stay are denied.

Per Curiam

Delivered: October 13, 2022